# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 08-50246

U.S. COURT OF APPEALS
FILED
JUN 30 2008
CHARLES R. FULBRUGE III
CLERK

IN RE: KEITH RUSSELL JUDD

Movant

Motion for an order authorizing
the United States District Court for the Western
District of Texas to consider
a successive 28 U.S.C. § 2255 motion

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:

Keith Russell Judd, federal prisoner # 11593-051, was convicted in 1999 on charges of causing a threatening communication to be delivered through the mail with the intent to extort money or something of value. He now seeks leave from this court to file a successive 28 U.S.C. § 2255 motion, arguing that he has newly discovered evidence showing that the pendency of certain appeals relating to pretrial matters divested the district court of jurisdiction.

This court may authorize the filing of a successive § 2255 motion if the movant makes a prima facie showing that the proposed claims either (1) contain a new rule of constitutional law that was made retroactive by the Supreme Court and was previously unavailable or (2) involve newly discovered evidence that would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the applicant guilty of the offense. 28

U.S.C. §§ 2244(b)(2), (b)(3)(C), 2255(h). Judd's motion is frivolous as it plainly fails to meet these requirements, as he does not show that his claims are based on a new rule of constitutional law or that he has newly discovered evidence that would be sufficient to establish that no reasonable factfinder would have found him guilty.

In addition, Judd has a history of vexatious and frivolous litigation in this court and many other courts. We have issued repeated warnings to Judd, and we have sanctioned him for prior frivolous actions. These earlier warnings and sanctions have been insufficient to deter him from continuing to file frivolous challenges to his conviction.

Accordingly, Judd is ORDERED to pay a sanction in the amount of $500 to the Clerk of this Court; and he is BARRED from filing in this court or in any court subject to this court's jurisdiction, any challenge to his conviction or sentence until all sanctions in all his actions are paid in full, unless he first obtains leave of the court in which he seeks to file such challenge. Even after satisfaction of all sanction orders, Judd may not file any civil action in a district court of this circuit, or any pleading or notice of appeal with this court, without first obtaining leave of the court in which he seeks to file such action, pleading, or notice. When seeking leave of court, Judd must certify that the claim he wishes to present is a new one that has never before either been raised and disposed of on the merits or remains pending, in any federal court. Upon failure thus to certify or upon false certification, Judd may be found in contempt of court and punished accordingly. Judd is CAUTIONED that filing any frivolous or repetitive action or challenge to his conviction or sentence, in this court or any court subject to this court's jurisdiction, will subject him to additional and progressively more severe sanctions.

MOTION DENIED; SANCTION IMPOSED; SANCTION WARNING ISSUED.